# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jo-Ann Stores LLC, | No. CV-23-00558-TUC-AMM |
| Plaintiff, | **ORDER** |
| v. | |
| SD-Sahuarita Properties LLC, | |
| Defendant. | |

On January 13, 2025, the parties filed a Stipulation to Dismiss with Prejudice. (Doc. 42.) The parties seek to dismiss this matter with prejudice and with each party to bear its own fees and costs. (*Id.* at 1.) Good cause appearing,

**IT IS ORDERED** that the above matter is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall docket this matter accordingly, term any pending motions, and close the file in this case.

Dated this 14th day of January, 2025.

Honorable Angela M. Martinez
United States District Judge